# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 30, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

135011

PAMELA COATES,
　　　　　Plaintiff-Appellant,

v

BASTIAN BROTHERS, INC., BENTLEY &
ASSOCIATES, INC., VALLEY LITHOPLATE
CORPORATION, JOHN R. WAUGH, JEFFREY
M. WAUGH, JOHN F. WAUGH, and ELNOR
WAUGH,
　　　　　Defendants-Appellees.

SC: 135011
COA: 266046
Saginaw CC: 03-050378-CZ

_____/

　　　　On order of the Court, the application for leave to appeal the August 30, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

　　　　CAVANAGH, WEAVER, and KELLY, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 30, 2008

Clerk

t0423